**REDACTED**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | **REDACTED** |
| Plaintiff | |
| v. | Criminal Action No. 07-158 |
| JULIO GONZALEZ, | |
| Defendant. | |



FILED
NOV 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

From on or about January 2007 through October 2007, in the State and District of Delaware, JULIO GONZALEZ, the defendant, did knowingly forge, counterfeit, alter, and falsely make a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, that is, a Resident Alien card (I-551).

All in violation of Title 18, United States Code, Section 1546(a).

### COUNT II

From on or about January 2007 through October 2007, in the State and District of Delaware, JULIO GONZALEZ, the defendant, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a violation of 18 U.S.C. § 1546(a), as described in Count I, above, incorporated herein by reference.

All in violation of Title 18, United States Code, Section 1028A.

## COUNT III

From in or about September 2007 through November 15, 2007, in the State and District of Delaware, JULIO GONZALEZ, the defendant, did knowingly buy and sell a card that was, or purported to be, issued by the Commissioner of Social Security, and did possess a Social Security card with the intent to sell it, for the purpose of obtaining for himself and another person a payment or any other benefit for which he or such other person was not entitled, and for the purpose of obtaining anything of value and for other purposes.

All in violation of Title 42, United States Code, Section 408(a)(7)(C).

## COUNT IV

From on or about September 2007 through November 15, 2007, in the State and District of Delaware, JULIO GONZALEZ, the defendant, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a violation of 42 U.S.C. § 408(a)(7)(C), as described in Count III, above, incorporated herein by reference.

All in violation of Title 18, United States Code, Section 1028A.

## COUNT V

From on or about September 18, 2007 through November 15, 2007, in the State and District of Delaware, JULIO GONZALEZ, the defendant, did knowingly possess with intent to transfer unlawfully five or more identification documents other than those issued lawfully for the use of the defendant, that is, Social Security cards and birth certificates; said identification documents were or appeared to have been issued by or under the authority of the United States;

and the transfer, possession, and use of said identification documents was in or affected interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 1028(a)(3) and (b)(2)(B).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Keith M. Rosen
Assistant United States Attorney

Dated: November 27, 2007