UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 07-158-UNA |
| JULIO GONZALEZ, | ) |
| Defendant. | ) |

FILED
NOV 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on **NOVEMBER 29TH, 2007** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until December 29, 2007. The time between the date of this order and December 29, 2007 shall be excludable under the Speedy Trial Act ( 18 U.S.C. 3161 et, seq.).

_____
**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney