IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cr.A. No.: 07-158 |
| | ) | |
| JULIO GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, **Robert D. Goldberg, Esquire,** caused two (2) copies of a letter of Request for Discovery to be served on the following in the manner indicated:

**VIA HAND DELIVERY** on December 10, 2007 upon:

Keith Rosen, Esquire
Assistant United States Attorney
U.S. Department of Justice
Nemours Building
1007 Orange Street, Suite 7100
Wilmington, DE 19801

**BIGGS AND BATTAGLIA**

/s/ Robert D. Goldberg
Robert D. Goldberg (I.D. No.: 631)
921 North Orange Street
P.O. Box 1489
Wilmington, Delaware 19899-1489
(302) 655-9677
Attorney for Defendant Julio Gonzalez