**IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cr.A. No.: 07-158 UNA |
| | ) | |
| JULIO GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2007, I **electronically** filed the **Motion by Defendant to Extend the Deadline for Defendant to File Pre-trial Motions and Order** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

Keith Rosen
U.S. Department of Justice
Nemours Building,
1007 Orange Street
Suite 7100
Wilmington, DE 19801

**BIGGS AND BATTAGLIA**

By:  /s/ Robert D. Goldberg
     Robert D. Goldberg (ID # 631)
     Biggs and Battaglia
     921 North Orange Street
     P.O. Box 1489
     Wilmington, DE  19899
     (302) 655-9677
DATED:  12/27/2007            Attorney for Defendant Julio Gonzalez