IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr.A. No.: 07-158 ~~UNA~~ GMS |
| ) | |
| JULIO GONZALEZ, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon Motion to Extend the Deadline for Defendant Julio Gonzalez to File Pretrial Motions and it appearing that there is good cause therefore and that such Motion is unopposed. The Court hereby extends the time for filing his pretrial Motions from December 29, 2007 to January 21, 2008.

**IT IS SO ORDERED**

Dated: 1/7/08           J. _[signature]_



FILED
JAN - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE