IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr.A. No.: 07-158 ~~UNA~~ GMS |
| ) | |
| JULIO GONZALEZ, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon Motion to Extend the Deadline for Defendant Julio Gonzalez to File Pretrial Motions and it appearing that there is good cause therefore, the Court hereby extends the time for filing pretrial Motions from January 21, 2008 to February 11, 2008.

**IT IS SO ORDERED**

Dated: 1/23/08         J. _____



FILED
JAN 2 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE