**IN THE UNITED STATES DISTRICT COURT**
**FOR THE STATE OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cr.A. No.: 07-158 UNA |
| | ) | |
| JULIO GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO EXTEND THE DEADLINE**
**FOR DEFENDANT TO FILE PRETRIAL MOTIONS**

Defendant Julio Gonzalez, by and through his attorneys hereby moves that this Court enter the attached Order providing additional time for him to file his pre-trial Motions and in support thereof, states as follows:

1.  Defendant entered a plea of not guilty to his indictment on November 29, 2007. At that same time, he was given until December 29, 2007 to file his pre-trial Motions.

2.  Defendant filed a timely request for discovery on December 10, 2007 and has received documents from the U.S. Attorney's Office in response to that Motion. In addition to documentary evidence, there are also recordings, which are in Spanish, and which have not yet been translated into English. Defendant had previously requested two continuances while awaiting the English translations of the recordings and this Court granted his Unopposed Motion to Extend the Date for him to file his pre-trial Motions to March 3, 2008. Those translations which are essential for the preparation of Defendant's case have yet to be prepared and, for that reason, Defendant requests an additional extension from February 11, 2008 until March 3, 2008 2008 to file his pre-

trial Motions. Defendant's attorney needs the English translations, as a starting point, in order to understand and evaluate this case.

   3.  Defendant's counsel placed a call to Mr. Keith Rosen in the U.S. Attorney's Office this date, but has not yet discussed this Motion with Mr. Rosen.

   **WHEREFORE,** Defendant requests that this Court extend the time for the filing of his pre-trial Motions from February 11, 2008 to March 3, 2008.

                  BIGGS AND BATTAGLIA

             By: /s/ Robert D. Goldberg
                Robert D. Goldberg (ID # 631)
                Biggs and Battaglia
                921 North Orange Street
                P.O. Box 1489
                Wilmington, DE  19899
                (302) 655-9677
DATED:  2/11/2008         Attorney for Defendant Julio Gonzalez

# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cr.A. No.: 07-158 UNA |
| | ) |
| JULIO GONZALEZ, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon Motion to Extend the Deadline for Defendant Julio Gonzalez to File Pretrial Motions and it appearing that there is good cause therefore, the Court hereby extends the time for filing pretrial Motions from February 11, 2008 to March 3, 2008.

**IT IS SO ORDERED**


Dated: _____                    J. _____

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cr.A. No.: 07-158 UNA |
| | ) |
| JULIO GONZALEZ, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2008, I **electronically** filed the **Motion by Defendant to Extend the Deadline for Defendant to File Pre-trial Motions and Order** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

Keith Rosen
U.S. Department of Justice
Nemours Building,
1007 Orange Street
Suite 7100
Wilmington, DE 19801

**BIGGS AND BATTAGLIA**

By:  /s/ Robert D. Goldberg
Robert D. Goldberg (ID # 631)
Biggs and Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE  19899
(302) 655-9677

DATED:  2/11/2008                Attorney for Defendant Julio Gonzalez