IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cr.A. No.: 07-158 UNA |
| | ) | |
| JULIO GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR AUTHORITY TO OBTAIN A TRANSLATOR**

Defendant Julio Gonzalez, hereby moves this Honorable Court pursuant to 18 U.S.C. § 3006 A (e) (1) that the Court permit him to retain a translator to prepare a transcript for him of the recorded sessions relied by the Government in his prosecution. In support thereof, Defendant states as follows:

1. Defendant was indicted on November 27, 2007, and entered a pleas of not guilty on November 29, 2007. He has been incarcerated since that time and is now being kept at the Salem County prison in Salem County, New Jersey.

2. Defendant's counsel has previously sought continuances so that he could review a transcript of the tape recordings being translated by the Government in order to ascertain whether there were grounds for any Pre-Trial Motions.

3. Although the Government has stated that it is preparing a transcript for its own purposes, and has offered to provide such transcript to defense counsel when it is completed, its translation and transcription services are apparently backed-up and it has been unable to produce a transcript to-date.

  4.  Defendant desires to file his Motions, if any, as expeditiously as possible and cannot do so unless his counsel can review the transcripts and can be assured that they are reliability produced.

  5.  Defendant believes that, if the Court grants his petition, he will be able to obtain a translation of the relevant recorded conversations and file his Motions, if any, within 25 days.

  **WHEREFORE,** for the forgoing reasons, Defendant requests that this Court grant his Motion for Authority to Retain a Spanish Translator in accordance with the Order submitted herewith.

                BIGGS AND BATTAGLIA

              By: /s/ Robert D. Goldberg
                 Robert D. Goldberg (ID # 631)
                 Biggs and Battaglia
                 921 North Orange Street
                 P.O. Box 1489
                 Wilmington, DE  19899
                 (302) 655-9677
DATED:  2/29/2008          Attorney for Defendant Julio Gonzalez

## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Cr.A. No.: 07-158 UNA |
| | ) |
| JULIO GONZALEZ, | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

This Court having duly considered the Motion of Defendant for failure to obtain the services of a Spanish translator,

It is hereby Ordered, that Defendant's counsel is hereby authorized to obtain the services of a Spanish translator and to pay to such translator the standard and customary fees charged.

**IT IS SO ORDERED**


Dated: _____                    J. _____

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cr.A. No.: 07-158 UNA |
| | ) |
| JULIO GONZALEZ, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2008, I **electronically** filed the **Motion for Authority to Obtain a Translator and Order** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

Keith Rosen
U.S. Department of Justice
Nemours Building,
1007 Orange Street
Suite 7100
Wilmington, DE 19801

**BIGGS AND BATTAGLIA**

By: /s/ Robert D. Goldberg
Robert D. Goldberg (ID # 631)
Biggs and Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899
(302) 655-9677
Attorney for Defendant Julio Gonzalez

DATED: 2/29/2008