IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cr.A. No.: 07-158 UNA |
| | ) |
| JULIO GONZALEZ, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Upon Motion to Extend the Deadline for Defendant Julio Gonzalez to File Pretrial Motions and it appearing that there is good cause therefore, the Court hereby extends the time for filing pretrial Motions from March 3, 2008 to March 28, 2008.

**IT IS SO ORDERED**

Dated: 3/19/08

J. [signature]



FILED
MAR 20 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE