# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr.A. No.: 07-158 ~~UNA~~ GMS |
| ) | |
| JULIO GONZALEZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This Court having duly considered the Motion of Defendant for failure to obtain the services of a Spanish translator,

It is hereby Ordered, that Defendant's counsel is hereby authorized to obtain the services of a Spanish translator and to pay to such translator the standard and customary fees charged.

**IT IS SO ORDERED**

Dated: 3/19/08

J. [signature]

FILED
MAR 2 0 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE