# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cr.A. No.: 07-158 UNA |
| JULIO GONZALEZ, | ) |
| Defendant. | ) |

## ORDER

Upon Motion to Extend the Deadline for Defendant Julio Gonzalez to File Pretrial Motions and it appearing that there is good cause therefore, the Court hereby extends the time for filing pretrial Motions from March 28, 2008 to April 18, 2008.

**IT IS SO ORDERED**

Dated: _____              J. _____