IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-158 GMS |
| | : |
| JULIO GONZALEZ | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a scheduling conference regarding the above-captioned defendant is scheduled, in chambers, for **Tuesday, May 27, 2008, at 11:45 a.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

May 15, 2008