IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-158 GMS |
| | : |
| JULIO GONZALEZ | : |
| | : |

**ORDER RESCHEDULING PRETRIAL CONFERENCE**

IT IS HEREBY ORDERED that the retrial conference regarding the above-captioned defendant is rescheduled, in chambers, to **Wednesday, August 27, 2008, at 11:00 a.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

July 24, 2008