07-CR-158 GMS

ATTN. TO: DR. PETER T. Dalleo

DEAR CLERK OF THE U.S. DISTRICT COURT

I WILL APPRECIATE your Kind HELP & ATTENTION THESE LEGAL DOCUMENTS WHICH I AM Sending TO HONORABLE JUDGE: GREGORY M. SLEET TO: THE U.S. ATTORNEY ASSISTANT And TO: MARK S. GREENBERG, ATTORNEY

THANK you very Much Sir.

Sincerely,

[signature]

CASE No 07-158-GMS

FILED
JUL 2 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SALEM COUNTY CORRECTIONAL FACILITY 05-05, 2008

DEAR HONORABLE JUDGE OF THIS CONSPIRACY NASTY CASE #07.158.GMS
AND TO: MY NEW LAWYER MARK S. GREENBERG
Your Honor:

If you are NOT the same judge who after listened the prosecutor subjective accusations against My self ; (perhaps the most honest and hard working man among other men that you may see in your life), and after you red me back the same subjective accusations you asked me "What you have to say about these accusations"? I just said: " It's simply, unbelievable"! And that is what you started to acknowledge from the first 6 page of my written statement When David B Yeary and his men were rushing me to sign from the fist day Nov.15,2007 Until the day that he ordered to someone to brought me to the Wilmington Court, but not To see to any judge. But to sign the guilty paper for him; which I informed and let you know through my written statement of the "7 signatures requested & 7 times refused" that I mailed to you beside other papers of my studies and honest hard working life. In which I also included the 2 page with my thoughts and concerns if: I am sentenced ONE WAY!

Now I am sending some other written statements in order for you to see the TRUTH & what is all about my case. David B Yeary in complicity with William Topping chief of The nasty money maker Georgetown police I can assured that they planed & premeditate Their conspiracy basically to put me out of Georgetown no matter what and that is what they did it to me; sending me their vaguest CI1 "Carlos" to whom I caught almost from the very beginning when he made me his "3 stupid requests" like you will read my pages written statements about what happened with "Carlos CI1" and myself in Lancealot & Co. Inc. of Georgetown Delaware. And how long it takes 6 months for CI1 & Elena CI2 But "Carlos CI1" was the most stupid man who decided any way to order those papers even though I told him so many times that I didn't know nothing about who make those papers? that is why I also told him to go to New York, Chicago, or Wash-DC. etc, to get Those papers like it's vox populi that so many people goes to get over there those papers! So, basically they violated my First and Fourth Amendments already when Premeditated Conspiracy sending their CIs with their tricky "praying requests" to contact the person that can help with their papers. But once I got the man who help them. They came for me Because I was their "1st. priority target"! to put me out of Georgetown no matter what…!! And that is why they didn't catch yet to Mario the delivery guy fromGeorgetown because Mario will put all their lies & nasty hate, discrimination & racist attitudes DOWN. That's Why. Simply because I am not the man they "described" in their conspiracy AFFIDAVIT Against my self. Even in their CD's & transcript to English I have a lot words saying I 'm Not the man who is in charge or "make, process or sell" such papers. Although they also Added another person's words & dialogues in 2 of those CD's. So that is clear that I am a Victim of their nasty conspiracy when even Robert D Goldberg "my ex lawyer" hided & Denied me information denial my human, civil & U.S. Constitutional Rights period! Like The chief of the Georgetown police did it to me in so many incidents (that is why I report Ed the police persecution to my self & Hispanic drivers to governor of Delaware and senator Joseph R Biden Jr. Nov 2006!)I am in jail basically for been reporting the corrupt and nasty attitude of the Georgetown police & to be caught their vaguest conspiracy CI's That is the real & honest truth for God, for you & for the justice U.S. Law & Constitution.

Sincerely,
Julio C. Knights



FILED
JUL 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SALAEM COUNTY CORRECTIONAL  06 16, 2008

ATTN. TO: HONORABLE JUDGE; GREGORY M. SLEET
TO: THE U. S. ATTORNEY & NEW LAWYER MARK GREENBERG

I, Julio Cesar Gonzalez handling on my back the nasty conspiracy CASE #. 07-158-GMS
As I had the opportunity to explain in front of you about "my ex lawyer" and my accuser
And the reasons that I had to write to you requesting very please another good, sharp and
honest lawyer to whom I can trust not requesting to lie but to be willing to help me out to
Explain the truth, the whole truth and the only truth about the real conspirators William
Topping chief of the nasty "money maker" Georgetown police and his men to whom I
did report their "just in case stops" especially against every Hispanic driver & their fami
Lies to the Georgetown General Attorney office, to Mrs. Ruth Ann Minner Governor of
Delaware and to the U.S. Senate to Senator Joseph Biden Jr. But David B Yeary and the
Chief are using those papers that their CI's "Carlos" CI-1 & "Elena" CI-2 requested me
Almost "praying" to help first to "Carlos" who of course requested me to order from an
Other man of Georgetown called "Mario" to whom I informed and let "my ex lawyer" to
Know from the very beginning. But since he was working for David B Yeary I guess that
He hided all my letters and written statements and that is why I guess that David B Yeary
Didn't make any effort to catch "Mario Calabaza" the delivery man who brought me their
Papers. Although their really "gold" I think and believe was me Julio Gonzalez the most
Honest man among them like I told them in the last nasty meeting with Goldberg&Yeary
But because the chief and Yeary hate, discrimination & racist attitude to put me out of the
Georgetown area and even out of the U.S.A. (It's because of my last 4 letter report to the
Authorities on Nov. of 2006) Nov. 15, 2007 they came for me after been use me as their
Messenger (not the "corrupt" that Yeary wrote to surprise & get the signature of the U.S.
Attorney to put me in jail.., been their CI's papers just a masquerade to hide the real issue
And the worst (the real truth!) That is why I request you (a motion of suppression of my
charges) simply because I am not the person that Yeary & the nasty chief described my
Self in the Yeary fake, subjective and nasty Affidavit. I had explain to Goldberg every
Thing with out realize that he instead was giving all my truth & statements to Yeary the
Nasty ICE agent who wants to see deported no matter what! But he & the chief didn't
Realize like I told Yeary in front of his face: It's very difficult to criminalize to a honest
Man like me! And if I decide to followed Carlos "game" after I guess & figured out that
He was part of the Georgetown police tricky move to get from Mario what they wanted.
I also decide to fight for my rights and dignity (not just to go ahead to any hearing or jury
But because I am not the man who Yeary has describe me like "I was the main corrupt"!?
I never did nothing illegal in my whole life, not in my country and not even here in the U.
S. A. as they say. I want you to see the truth of this conspiracy case for the justice & law.
Sincerely,
Julio Cesar Gonzalez

*Julio C Gonzalez*
*A VICTIM of THESE CORRUPTS...!*

FILED
JUL 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

- L█ A███ M███ P████
- DOB: ████ 1980
- Puerto Rican Birth Certificate # ████965, issued 03/01/2007
- SSN: ████-7366
- State of North Carolina Identification Card # ████

- C████ S████
- DOB: ████ 1965
- Texas Birth Certificate # ████
- SSN# ████-7324
- State of North Carolina Identification Card# ████

Julio Gonzalez was arrested at his residence; 307 E. Market Street, Georgetown, DE on November 15, 2007. "Consent" to Search was obtained from Gonzalez which documents were recovered. All of the evidence was retained and tagged as evidence by ICE. A total of fourteen sets of documents and twenty-eight other contraband documents were seized.

**1st. TIME:** "NONE CONSENT" WAS OBTAINED FROM THE TENANT BECAUSE AS SOON AS THE VIOLENT ARREST WAS DONE A COWARD POLICEMAN PUSHING THE BACK OF DON JULIO PUT HIM INTO THE BACK SEAT OF A POLICE CAR WHILE THE ITALIAN "AMERICANS" ICE AGENTES LEADED BY DAVID B. YEARY WERE TAKING AND CHECKING PAPERS FROM MY SUITCASE AS WELL ALL THE PAPERS WITH A LOT OF COPIES OF ID'S & INTERNATIONAL DRIVER LICENSES OF ALL THE PEOPLE TO WHOM I HELPED ORDERING THOSE ID'S & INT. D. LIC.s FROM I.T.L. AT 6408 14TH AVE. BROOKLYN N.Y. 11219. THAT WAY DAVID B. YEARY did PERFORM AN UNLAWFUL SEARCH & VIOLENT ARREST VIOLATING THE FORTH AMMENDMENT OF THE U.S. CONSTITUTION PERIOD. THAT'S ALL! THAT is WHY I MAILED MONTHS AGO TO THE JUDGE OF MY CASE AND PROSECUTOR THE "SEVEN SIGNATURES RUSHED REQUESTED & 7 TIMES REFUSED"! BECAUSE MY NO CONSENT ON NOV. 15, 2007

**2nd. TIME:** THEN DAVID B YEARY & HIS "Bloodhounds" Blind By THEIR HATE, DISCRIMINATION & RACIST PERSECUTION RETURNED "TO SEE ME"! THE THIRD WEEK OF FEB./07 TO MY FORMER APT AT 307 E MARKET ST. OF GEORGETOWN, DE. AND ARRESTED TO ONE GUY OF MY EX-ROOMATES!

**3rd. TIME (NOW):** THEY CAME BACK THE 3rd WEEK OF JUNE TO SEE "IF THERE IS" "A COMPUTER", "FAKE GREEN CARDS", "SOCIAL SECURITY NUMBERS" & PUERTO RICAN BIRTH CERTIFICATES"?! THESE VAGUEST & NASTY CONSPIRATORS!!! THIS IS A NASTY PERSECUTION, HERE IN CHINA OR JAPAN! Julio C. Gonzalez "THE LITTLE DAVID AGAINST THESE Goliads"!

00000113
www.ice.gov
00000113



FROM: JULIO C. GONZALEZ
SALEM CO. CORRECTIONAL
125 CEMETERY ROAD
WOODSTOWN, N.J. 08098

TO: CLERK, U.S. DISTRICT COURT
Dr. PETER T. DALLEO
U.S. Ctkse, 844 KING ST.
LOCKBOX 18, WILMINGTON, DE. 19801