IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-158-GMS |
| JULIO GONZALEZ, | : | |
| Defendant. | : | |

## GOVERNMENT'S REQUEST FOR SPECIAL VOIR DIRE

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Keith M. Rosen, Assistant United States Attorney, and hereby requests that the Court submit the following questions to the jury panel in the above-captioned case:

1. Do you know (witness list to be supplied)?

2. This case involves various charges relating to the illegal sale of immigration documents, Social Security cards, and birth certificates. Is there anything about the nature of the charges that would prevent you from being an impartial juror?

3. Have you, or any close relative, ever been investigated by Immigration and Customs Enforcement, the Delaware State Police, or the Georgetown Police Department?

4. Would the fact that these law enforcement agencies were involved in the investigation in this case interfere with your ability to be fair and impartial?

5. Have you served on a jury for a criminal case or on a Grand Jury before?

6. Other than traffic offenses, have you or any close members of your family ever been the subject of a criminal investigation and/or charged with a criminal offense?

7. Is there any other reason why you do not think you could judge the evidence in this case fairly and impartially?

                                    Respectfully submitted,

                                    COLM F. CONNOLLY
                                    United States Attorney

By: _____
       Keith M. Rosen
       Assistant United States Attorney

Dated: August 20, 2008