

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*     *(302) 573-6277*
*1007 Orange Street, Suite 700*     *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

September 3, 2008

**VIA CM/ECF**

The Honorable Gregory M. Sleet
Chief Judge, United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

      Re:    **United States v. Julio Gonzalez,**
              **Criminal Action No. 07-158-GMS**

Dear Chief Judge Sleet:

      Per the Court's direction, attached is a proposed Speedy Trial Act Order memorializing the Court's ruling at the August 27, 2008 pre-trial conference.

                                     Respectfully submitted,

                                     COLM F. CONNOLLY
                                     United States Attorney

                             BY: _____
                                     Keith M. Rosen
                                     Assistant United States Attorney

KMR:taj
Enclosure

cc:     Mark S. Greenberg, Esq.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-158-GMS |
| JULIO GONZALEZ, | : |
| Defendant. | : |

## ORDER

**WHEREAS** trial in this matter was scheduled to begin on September 29, 2008; and

**WHEREAS** the Court conducted a pre-trial conference on August 27, 2008, during which the parties agreed that the trial in this matter should be continued until October 1, 2008, and the parties further agreed that the time from the date of the pre-trial conference until the rescheduled trial date should be excluded under the Speedy Trial Act in the interests of justice; and

**WHEREAS** the Court orally Ordered during the pre-trial conference that the time should be so excluded and directed the government to prepare a written Order to that effect;

**IT IS HEREBY ORDERED** that trial in this matter is rescheduled for October 1, 2008, and all time from the date of the pre-trial conference until the rescheduled trial date is excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A).

_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court
District of Delaware

Dated: