IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-158-GMS |
| JULIO GONZALEZ, | : | |
| Defendant. | : | |

### ORDER

**WHEREAS** trial in this matter was scheduled to begin on September 29, 2008; and

**WHEREAS** the Court conducted a pre-trial conference on August 27, 2008, during which the parties agreed that the trial in this matter should be continued until October 1, 2008, and the parties further agreed that the time from the date of the pre-trial conference until the rescheduled trial date should be excluded under the Speedy Trial Act in the interests of justice; and

**WHEREAS** the Court orally Ordered during the pre-trial conference that the time should be so excluded and directed the government to prepare a written Order to that effect;

**IT IS HEREBY ORDERED** that trial in this matter is rescheduled for October 1, 2008, and all time from the date of the pre-trial conference until the rescheduled trial date is excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A).

/s/ Gregory M. Sleet
Honorable Gregory M. Sleet
Chief Judge, United States District Court
District of Delaware

Dated: Sept 3,



FILED

SEP - 3 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE